IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY -PER-VIEW, LTD. | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-2798 |
| | : | |
| BILLIE'S LOUNGE INC., et al. | : | |

**ORDER**

      **AND NOW,** this 26th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]   -   Order staying these proceedings pending disposition of a related action.

    [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [ ]   -   Interlocutory appeal filed

    [x]   -   Other: pending service of complaint on defendants.

it is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.*

                            **BY THE COURT:**

                                          _____
                                          J.

*Plaintiff's counsel to advise when service has been perfected. The Rule 16 conference previously scheduled for July 30, 2002 is continued.

Civ. 13 (8/80)